NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RACK ROOM SHOES,**
*Plaintiff-Appellant,*

AND

**SKIZ IMPORTS LLC,**
*Plaintiff-Appellant,*

AND

**FOREVER 21, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-1391, -1392, -1439

---

Appeals from the United States Court of International Trade in case no. 07-CV-0404, Chief Judge Donald C. Pogue.

---

**ON MOTION**

---

RACK ROOM SHOES V. US                                                              2

# ORDER

SKIZ Imports LLC and Forever 21, Inc. move for a four-day extension of time, until October 9, 2012, to file their opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  The brief is accepted.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s27